# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 22, 2017

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

156077

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v

SC: 156077
COA: 337848
Lenawee CC: 16-017887-FH;
            16-017888-FH

DAVID ROSS AMES,
    Defendant-Appellant.

_____/

On order of the Court, the application for leave to appeal the May 12, 2017 order of the Court of Appeals is considered. We DIRECT the Lenawee County Prosecuting Attorney to answer the application for leave to appeal within 28 days after the date of this order. The prosecutor shall specifically address whether this Court's decision in *People v Lockridge*, 498 Mich 358 (2015), rendered invalid that part of MCL 769.34(10) requiring the Court of Appeals to affirm sentences that fall within the applicable guidelines range "absent an error in scoring the sentencing guidelines or inaccurate information relied upon in determining the defendant's sentence."

The application for leave to appeal remains pending.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 22, 2017



Clerk

s1121